FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

GEORGE WYATT, JR,

                    Plaintiff,

        v.

DONALD TRUMP, et al.,

                    Defendants.

NO:  2:17-CV-00424-SMJ

**ORDER DISMISSING ACTION**

Without paying the filing fee or submitting an application to proceed *in forma pauperis,* Plaintiff submitted what appears to be a complaint and a holiday greeting card. ECF No. 1. The complaint references cases in the Southern District of New York and the Northern District of Texas.  It names Lisa M. Hill Wyatt as a co-plaintiff.

Plaintiff presents no facts from which the Court could infer that the Eastern District of Washington is the appropriate venue for his claims. *See* 28 U.S.C. § 1391(b). None of the claims appear to have occurred here and none of the Defendants reside here.

**ORDER DISMISSING ACTION** -- 1

When venue is improper, the district court has the discretion to either dismiss the case or transfer it "in the interest of justice." *See* 28 U.S.C. § 1406(a). The Court finds that the interest of justice would not be served by transferring this case to another forum.

A review of other Court's records indicate that Mr. Wyatt is precluded from proceeding *in forma pauperis* under 28 U.S.C. 1915(g), absent a showing that he is under imminent danger of serious physical injury. *See Wyatt v. Dallas Sheriff Dep't*, No. 11-CV-115 (N.D. Tx. Feb. 25, 2011). The Court finds Plaintiff's allegations difficult to decipher and cannot infer from what is presented that Plaintiff has made the requisite showing.

Accordingly, **IT IS HEREBY ORDERED:**

1. This case is **DISMISSED** without prejudice for lack of venue. *See In re Hall*, 939 F.2d 802, 804 (9th Cir. 1991).

2. The Clerk of Court is **DIRECTED** to enter this Order, provide a copy to Plaintiff and **CLOSE** the file.

3. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**DATED** this 18th day of December 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

**ORDER DISMISSING ACTION** -- 3